

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00616-CV

### IN RE AEP TEXAS INC.

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: June 25, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On September 13, 2024, relator filed a petition for a writ of mandamus. Real party in interest filed a response on December 20, 2024, and relator filed a reply on February 14, 2025. After considering the mandamus petition and record, the response, and the reply, this court concludes relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 22-09-41428-MCV, styled *AEP Texas Inc. v. WS Land and Cattle, LLC*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.